73,697-06,07,08, 09

RAUL D. JACKSON #1367898
William R Boyd Jr Unit
200 Spur 113
Teague, Tx. 75860

Court of Criminal Appeals                          June 3, 2015
Louise Pearson, Clerk
P.O. Box 12308
Austin, Tx. 78711

RE: EX PARTE RAUL DAVID JACKSON, Writ No. WR-73,697-06, WR-73,697-07, WR-73,697-08, WR-73,697-09

Dear Clerk,

    Enclosed please find Applicant's Supplemental Appendix to Brief in Support of Application for Writ of Habeas Corpus to be included in the record in the above-referenced cause numbers.

    In an Order issued by the Court on May 20, 2015, the Court requested the original plea papers be sent from the trial court. I did, however, make this request to the trial court clerk at the time of filing that these papers and others be included in the habeas record, and the clerk failed to comply with my request. I have included only the papers that I referenced in my application and brief. Including the Notice of Dispositions that I believe that the trial court clerk may not send and are relevant to my claims for relief.

    Please bring this information to the attention of the Court. Thank you.

                                    Sincerely,

                                    Raul David Jackson
                                    Applicant, Pro Se

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 08 2015

Abel Acosta, Clerk

WRIT NO. <u>WR-73,697-06, WR-73,697-07, WR-73,697-08, WR-73,697-09</u>


EX PARTE
<u>RAUL DAVID JACKSON</u>



SUPPLEMENTAL APPENDIX TO
<u>BRIEF IN SUPPORT OF APPLICATION FOR WRIT OF HABEAS CORPUS</u>

# TABLE OF CONTENTS

CERTIFICATE OF AUTHENTICITY

**EXHIBIT 1 - Trial No. F-0554511**

Original Indictment / Original Plea Agreement / Judicial Confession / Docket Sheets / Certification of Defendant's Right to Appeal / Notice of Disposition dated **12/06/05** / Notice of Disposition dated **12/13/05** / Judgment, Certificate of Thumbprint / Motion to Dismiss Prosecution.

**EXHIBIT 2 - Trial No. F-0555473**

Original Indictment / Original Plea Agreement / Judicial Confession / Docket Sheet / Certification of Defendant's Right to Appeal / Notice of Disposition dated **12/06/05** / Notice of Disposition dated **12/13/05** / Judgment, Certificate of Thumbprint / Motion to Dismiss Prosecution.

**EXHIBIT 3 - Trial No. F-0556279**

Original Indictment / Original Plea Agreement / Judicial Confession / Docket Sheet / Certification of Defendant's Right to Appeal / Notice of Disposition dated **12/06/05** / Notice of Disposition dated **12/13/05** / Judgment, Certificate of Thumbprint / Motion to Dismiss Prosecution.

**EXHIBIT 4 - Trial No. F-0557397**

Original Indictment / Original Plea Agreement / Judicial Confession / Docket Sheet / Certification of Defendant's Right to Appeal / Notice of Disposition dated **12/06/05** / Notice of Disposition dated **12/13/05** / Judgment, Certificate of Thumbprint / Motion to Dismiss Prosecution.

**EXHIBIT 5 -** Deadly Weapon Allegation No. F-0554511 only

## CERTIFICATE OF AUTHENTICITY

I, Raul David Jackson, Applicant pro se, do certify and declare under penalty of perjury that the documents contained in this Supplemental Appendix to Brief in Support of Application for Writ of Habeas Corpus are true and correct copies of originals as provided to Applicant by the Dallas County District Clerk.

EXECUTED this 3rd day of June, 2015

Raul David Jackson
Applicant, Pro Se

EXHIBIT I

EXHIBIT I

CAUSE NO. F-0554511

EXHIBIT I

JS

DEFENDANT Jackson, Raul David          B M  06061969  CHARGE POSS CS INT DEL 400G/2N1

AKA:

ADDRESS     4814 Parry B, Dallas, Tx                    LOCATION DSO

FILING AGENCY TXDPD0000   DATE FILED July 14, 2005           COURT        CDC5

COMPLAINANT McKinney, V                     F-0554511         VT#:

C/C       Francisco Trevino:
          Jacqueline Trevino

## TRUE BILL INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS: The Grand Jury of

Dallas County, State of Texas, duly organized at the _____ July _____ Term, A.D., ___ 2005 ___ of the

_____ Criminal District Court 5 _____ , Dallas County, in said Court at said

Term, do present that one          **JACKSON, RAUL DAVID**                , Defendant,

On or about the _____ 8 th ___ day of July A.D., 2005 _____ in the County of Dallas and said State, did

unlawfully and knowingly possess with intent to deliver a controlled substance, to-wit: COCAINE, in an
amount by aggregate weight, including any adulterants or dilutants, of 400 grams or more,

And it is further presented to said Court that prior to the commission of the aforesaid offense, the said
defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on
the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND
JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID
JACKSON and said conviction was a final conviction,

against the peace and dignity of the State.

Bill Hill

Ca__ No. F __05-5451__

STATE OF TEXAS §
VS. §
__JACKSON, Paul__ §

IN THE __CDC4__
DISTRICT COURT ____
DALLAS COUNTY, TEXAS

## PLEA AGREEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The defendant herein and the attorneys for both the defendant and the State waive a jury trial and make the following agreement:

Defendant's plea: [✓] Guilty [ ] Nolo contendere
[ ] Defendant will testify. [✓] Defendant will NOT testify.
Plea to enhancement paragraph(s): [✓] True [ ] Not true
Type of plea: [✓] Plea bargain [ ] Open plea
Open as to: [ ] Deferred Adjudication [ ] Community Supervision [ ] Fine [ ] Restitution
[ ] Other:_____

State's recommendation: _____.

Agreed sentence:
[✓] Confinement in *(penitentiary)* ~~(state jail)(county jail)~~ for ___17___ *(years)* ~~(months) (days)~~.
[ ] Post-conviction community supervision, confinement probated for _____ *(years) (months) (days)*.
[ ] Deferred community supervision for _____ *(years) (months) (days)*.
[✓] Fine of $___5,000___. [ ] To be paid. [ ] To be probated.
[ ] Boot Camp [ ] Shock Probation [ ] Substance Abuse Felony Program
[ ] Judicial Drug Treatment Center [ ] CENIKOR [ ] Dallas County Jail Chemical Dependency Program
[ ] Restitution in the amount of $_____. [ ] Back-time NOT included.
[ ] Back-time included _____.
[ ] Defendant will sign waiver of extradition. [ ] Defendant knowingly and voluntarily waives appeal.
[✓] Other: __Credit for all back time, all sentences to run concurrently__.

### [ ] CHANGE OF NAME *(Applicable only if box is checked)*

The defendant having suggested that his/her true name is other than that set forth in the charging instrument, and having moved that the charging instrument and all other documents in this cause be amended to show his/her true name to be _____, said motion is hereby granted. It is so ordered.

### COURT'S ADMONITIONS TO DEFENDANT

You are charged with the offense of: ___PCS 400g___.
The punishment range for the offense charged is:
[✓] 1st Degree Felony, (5 - 99 years or Life and an optional fine not to exceed $10,000.00.
[ ] 2nd Degree Felony, 2 - 20 years confinement and an optional fine not to exceed $10,000.00.
[ ] 3rd Degree Felony, 2 - 10 years confinement and an optional fine not to exceed $10,000.00.
[ ] State Jail Felony, 180 days - 2 years State Jail and an optional fine not to exceed $10,000.00.
[ ] _____, _____.

You have an absolute right to a jury trial, to confront and cross-examine the witnesses against you, and to call witnesses in your own behalf. You have a right to testify, but you cannot be compelled to do so. The prosecuting attorney's recommendation as to punishment is not binding on the Court. You will be permitted to withdraw your plea if the Court rejects any plea bargain made in this case. If the punishment assessed by the Court is not greater than that which you have plea-bargained, you may not appeal on any matter in the case unless the Court grants permission for the appeal or the matters appealed were raised by written motion filed and ruled on before the plea. If you enter a plea of guilty or nolo contendere and there is no plea bargain, the court may assess your punishment anywhere within the range allowed by law. If you are not a citizen of the United States, a plea of guilty or nolo contendere may, and under current Federal Immigration rules *is almost certain to,* result in your deportation, exclusion from admission to the United States, or denial of naturalization. If you have a court-appointed attorney, you have a right to ten days from the date of the attorney's appointment to prepare for trial. You have the right to be tried on an indictment returned by a Grand Jury, and, unless you are on bond, a right to two entire days after being served with a copy of the charging instrument before being arraigned. If you receive unadjudicated community supervision and violate its conditions, you may be arrested and subjected to a hearing limited to determining whether or not guilt should be adjudicated. If guilt is adjudicated, no appeal may be taken from the Court's decision, and the full range of punishment is open to the Court. All proceedings, including assessment of punishment, pronouncement of sentence, granting of community supervision, and an appeal, then continue as if the adjudication of guilt had not been deferred. [In sex offense cases, see Court's Admonition to Sex Offenders, which is incorporated by reference and attached hereto.]

### DEFENDANT'S STATEMENTS AND WAIVERS

With the approval of counsel, defendant makes the following statements and waivers. I am the accused in the charging instrument and am mentally competent. I understand the nature of the accusation made against me, the range

I hereby waive my right to b. .ed on an indictment returned by a grand . ; any and all defects, errors, or irregularities, whether of form or substance, in the charging instrument; my right to a jury trial; and my right to remain silent. I waive arraignment and reading of the charging instrument; the appearance, confrontation, and cross-examination of witnesses; my right to ten days to prepare for trial after the appointment of counsel (if counsel has been appointed); and the preparation of a pre-sentence report. I consent to the oral or written stipulation of evidence or testimony, to the introduction of testimony by affidavits or written statements of witnesses, and to all other documentary evidence.

7/8/05 I admit and judicially confess that I committed the offense of _____PCS 400g_____ on ___ exactly as alleged in the charging instrument. I affirm that my plea and judicial confession are freely and voluntarily made, and not influenced by any consideration of fear, persuasion, or delusive hope of pardon or parole.

I understand the admonitions regarding unadjudicated community supervision, and that I will be required to register as a sex offender if convicted of, or placed on community supervision for, one of the offenses enumerated under Court's Admonition to Sex Offenders, attached hereto. I understand that under the Uniform Extradition Act, should I be charged with a violation of my community supervision and be arrested in another state, I have the right to require the issuance and service of a warrant of extradition, the right to hire legal counsel, or, if indigent, to have counsel appointed, and the right to apply for a writ of habeas corpus to contest my arrest and return to this State.

[ ✓ ] I voluntarily and knowingly waive my rights under the Extradition Act, waive extradition, and waive my right to contest my return to the State of Texas from any jurisdiction where I may be found. I understand and agree that such waiver is irrevocable.

[ ✓ ] I understand that I have a right to appeal to the Court of Appeals. If the trial court follows the terms of the State's recommendation as to sentencing, then, after consulting with my attorney, I do expressly, voluntarily, knowingly, and intelligently give up and waive my right to any appeal.

[ ✓ ] **DEFENDANT'S PLEA TO ENHANCEMENT PARAGRAPH(S)** *(Applicable only if box is checked)*

I, the defendant, plead true to the (second), (third), (second and third) enhancement paragraph(s) which is/are contained in the charging instrument, and judicially confess that I am the same person who was previously duly and legally convicted of the offense(s) alleged therein.

## SIGNATURES AND ACKNOWLEDGMENTS

I, the defendant herein, acknowledge that my attorney has explained to me, and I have read and I understand, all the foregoing admonitions and warnings regarding my rights and my plea, and that my statements and waivers are knowingly, freely, and voluntarily made with full understanding of the consequences. I request that the Court accept all my waivers, statements, agreements, and my plea.

| | |
|---|---|
| 11/30/05 | _Paul Jackson_ |
| Date | Defendant |
| | Printed Name: __Paul Jackson__ |

I have consulted with the defendant, whom I believe to be competent, concerning the plea in this case and have advised the defendant of his/her rights. I approve and agree to all waivers, statements, and agreements of the defendant herein and ask the Court to accept them and the defendant's plea.

| | |
|---|---|
| 11/30/05 | _Bill Cox_ |
| Date | Attorney for Defendant |
| | Printed Name: __Bill Cox__ |
| | State Bar # __04956497__ |

As attorney for the State, I hereby consent to and approve the requests, waivers, agreements, and stipulations in this instrument.

| | |
|---|---|
| 11/30/05 | BILL HILL, Criminal District Attorney, Dallas County, by |
| Date | _____ |
| | Assistant District Attorney |
| | Printed Name: _____ |
| | State Bar # _____ |

It appearing to the Court that the defendant is mentally competent and is represented by counsel, that the defendant understands the nature and consequences of the charge, and that all the parties have consented to and approved the waiver of jury trial and stipulations of evidence, the Court finds the waivers, agreements, and plea to have been knowingly, freely, and voluntarily made, approves the waivers and agreements, accepts the defendant's plea, approves the stipulation of testimony, and approves the change of name contained herein (if applicable).

| | |
|---|---|
| _____ | _____ |
| Date | Judge |

JS

**DEFENDANT** Jackson, Raul David    B   M    06061969    **CHARGE** POSS CS INT DEL

                                                                             400G/2ND

**AKA:**

**ADDRESS**    4814 Parry B, Dallas, Tx              **LOCATION** DSO

**FILING AGENCY** TXDPD0000    **DATE FILED** July 14, 2005      **COURT**        CDC5

**COMPLAINANT**    McKinney, V                  F-0554511      **VT#:**

**C/C**        Francisco Trevino:

               Jacqueline Trevino

---

THE STATE OF TEXAS                        CAUSE NO.   F-0554511

     VS.

                                         CRIMINAL DISTRICT COURT 5

**Jackson, Raul David**                      DALLAS COUNTY, TEXAS

## JUDICIAL CONFESSION

       Comes now Defendant in the above cause, in writing and in open Court, and consents to the stipulation of the evidence in this case and in so doing expressly waives the appearance, confrontation and cross-examination of witnesses.    I further consent to the introduction of this Judicial Confession, and testimony orally, by affidavits, written statements of witnesses and other documentary evidence. Accordingly, having waived my Federal and State constitutional right against self-incrimination, and after having been sworn, upon oath, I judicially confess to the following facts and agree and stipulate that these facts are true and correct and constitute the evidence in this case:

On the      8 th      day of July A.D., 2005                , in Dallas County, Texas, I did unlawfully,

unlawfully and knowingly possess with intent to deliver a controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or dilutants, of 400 grams or more,

       And it is further presented to said Court that prior to the commission of the aforesaid offense, the said defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID JACKSON and said conviction was a final conviction,

I further judicially confess that I committed the offense with which I stand charged exactly as alleged in the indictment in this cause.

APPROVED BY:

                                                                                                           X

Attorney for Defendant                                       Defendant

SWORN TO AND SUBSCRIBED before me on the     28     day of   Nov. , 20 05

APPROVED BY:

                                            JIM HAMLIN, CLERK

                                            DISTRICT COURTS OF

                                            DALLAS COUNTY, TEXAS

                                      By

Assistant District Attorney                                  Deputy District Clerk

Defendant's agreement to stipulate and waiver of confrontation and cross-examiation of witnesses are in all things approved by the Court. The above Judicial Confession is hereby approved by the Court.

BAIL STATUS: JAIL

| STATE OF TEXAS | ATTORNEYS | OFFENSE | DA |
|---|---|---|---|
| RAUL DAVID JACKSON | Bill Cox, ret | UNLAWFUL POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE, TO-WIT: COCAINE AS CHARGED IN THE INDICTMENT//400G/2ND | AUGUST |
| | CA: Frances Toms | | |
| | Jacqueline Toms | | |

| DATE OF ORDER | ORDERS OF COURT |
|---|---|
| 8-31-05 | Transfer & CDC#4, C.A. Wallace cause # |
| 9/26/05 | Anno |
| 9/30/05 | Anno |
| 10/4/05 | Anno |
| 10/20/05 | Anno – place cause |
| 11/2/05 | Anno |
| OCT 19 2005 | |
| No. 3 905 | |
| 11.11.05. | Anno |
| 11.2.05. | |
| 11.1.05. Mittot | Jury waived. Defendant arraigned. Defendant warned. |
| 11.33.05 Plea | Plea of guilty before Court. Found guilty of |
| 11.30.05.05a | and that Defendant committed said offense on the ___ day of _____ , 19___. Punishment fixed at _____ years confinement in the Texas Department of Corrections. Defendant sentenced. |

DEFENDANT PLEADS TRUE/UNTRUE TO THE
ENHANCEMENT PARAGRAPH/PARAGRAPHS
THE COURT FINDS THE ENHANCEMENT
PARAGRAPH/PARAGRAPHS TO BE
TRUE/UNTRUE.

Back time allowed. $500

TRIAL DOCKET — CRIMINAL DISTRICT COURT — DALLAS COUNTY, TEXAS

No. _____

BAIL STATUS:

| DATE OF ORDER | STATE OF TEXAS | ATTORNEYS | ORDERS OF COURT | OFFENSE | DATE |
|---|---|---|---|---|---|
| | | | | | |

ORDERS OF COURT:

12-08 1-30-06 Jury Trial
1-30-05 98 Def present, Def Atty, M/with draw Emd M/Granted

FEB 17 2006  5-1-06  TRIAL

05 02 06  Filed on Motion of Dist. Atty. ___ KATE SIGA Asst. Dist. ___

SENIOR DISTRICT JUDGE

CR: Belinda Bourala
(a) Aux #761-30-06
(a) 653-5008

Cause No. 05-54511

THE STATE OF TEXAS
VS.
Jackson, Paul

§
§
§

IN THE ___ CDC4 ___
DISTRICT COURT ___
DALLAS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☑ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal.

_____
Judge

_____
Date Signed

I have received a copy of this certification:

_____
Defendant (if not represented by counsel)
Mailing Address:

Telephone #:
Fax # (if any)

_____
Defendant's Counsel
State Bar No.: 04956497
Mailing Address: 1401 Elm #3310
Dallas, TX 75202
Telephone #:
Fax # (if any):

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case ---- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS                                    SEQ  0008

CASE NUMBER F-0554511                                   DATE 120605
OFFENSE MFR CS 4G                                       TIME 143150
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF JACKSON RAUL DAVID                   RACE B SEX M DOB 060669
BNO 05053918
DISPOSED BY PGBC

SENTENCE
   17 YRS TO H TDC                                 APPEAL _____

      SPECIAL CONDITION                            MNT _____

   $     5000.00 FINE $       223.00 COST      SENTENCE TO BEGIN  113005
ADDITIONAL CREDIT FOR TIME SERVED
   070805-113005
REMARKS  120605 DEFT IN JAIL; RETURN ANY AND ALL WARRANTS ON THIS CASE ONLY
_____
_____


JIM HAMLIN                                 ]    RELEASE INFORMATION
DISTRICT CLERK                             ]    REMARKS _____
DALLAS COUNTY, TEXAS                        ]
                                           ]    _____
BY GILL D                                  ]    _____
   DEPUTY CLERK                            ]    _____
                                           ]    _____

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS                              SEQ   0001


CASE NUMBER F-0554511                                      DATE 121305
OFFENSE MFR CS 4G                                          TIME 104549
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF JACKSON RAUL DAVID                    RACE B SEX M DOB 060669
BNO 05053918
DISPOSED BY

SENTENCE
                                          APPEAL

        SPECIAL CONDITION                 MNT


     $        0. 0 FINE  $        0. 0 COST       SENTENCE TO BEGIN
ADDITIONAL CREDIT FOR TIME SERVED

REMARKS  121305 DEFT IN JAIL; DEFT SENTENCE IN ERROR=PLEASE DELETE SENTENCE
     THIS DEFT-- DEFT IS SET TO GO TO COURT ON A FUTURE DATE TO BE CORRECTLY S
     TENCE DISREGARD SENTENCE-DEFT SENTENCE IN ERROR THANK YOU


JIM HAMLIN
DISTRICT CLERK                        ]       RELEASE INFORMATION
DALLAS COUNTY, TEXAS                  ]  REMARKS
                                      ]
BY GILL D                             ]
   DEPUTY CLERK                       ]
                                      ]

**JUDGMENT**
**CERTIFICATE OF THUMBPRINT**

CAUSE NO. _F05-54511_

THE STATE OF TEXAS

VS.

_Paul Jackson_

IN THE _____

DISTRICT COURT _# 4_

DALLAS COUNTY, TEXAS

_____
RIGHT THUMB*

Defendant's _R_ hand

THIS IS TO CERTIFY THAT THE FINGERPRINTS ABOVE ARE THE ABOVE-NAMED DEFENDANT'S FINGERPRINTS TAKEN AT THE TIME OF DISPOSITION OF THE ABOVE STYLED AND NUMBERED CAUSE.

DONE IN COURT THIS _13_ DAY OF _December_, 20_05_.

_____ #437
BAILIFF/DEPUTY SHERIFF

*Indicate here if print other than defendant's right thumbprint is placed in box:

_____ left thumbprint       _____ left/right index finger

_____ other, _____

# THE STATE OF TEXAS,

No. F05-54511-K      VS.      §      IN THE CRIMINAL

§

§      DISTRICT COURT FOUR

§

_____    §      OF DALLAS COUNTY, TEXAS

§

RAUL DAVID JACKSON      §      APRIL TERM, A.D., 2006
PID 400G

Now comes the District Attorney of Dallas County, Texas and asks the Court to dismiss the above entitled and numbered cause, for the following reasons, to-wit:

The above case has been reindicted as Cause Number <u>F06-00445-K</u>.

WHEREFORE PREMISES CONSIDERED, the State respectfully requests that this case be dismissed.

Granted on Motion of Dist. Atty. ℓ _K. Sim_ _____ Asst. Dist.

EXHIBIT 2

EXHIBIT 2

CAUSE NO. F-0555473

EXHIBIT 2

JS

DEFENDANT  Jackson, Raul                    B  M  06061969  CHARGE DEL CS 1G/2ND

AKA:

ADDRESS _____    LOCATION DSO _____

FILING AGENCY  TXDPD0000  DATE FILED August 05, 2005 _____  COURT _____CDC5_____

COMPLAINANT  McKinney, V                          F-0555473          VT#: _____

C/C _____

TRUE BILL INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS: The Grand Jury of

Dallas County, State of Texas, duly organized at the _____July_____ Term, A.D., ___2005___ of the

_____Criminal District Court 5_____ , Dallas County, in said Court at said

Term, do present that one          **JACKSON, RAUL**          , Defendant,

On or about the     11 th    day of May A.D., 2005_____  in the County of Dallas and said State, did

unlawfully and knowingly deliver, to-wit: actually transfer, constructively transfer and offer to sell a controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or dilutants, of 1 gram or more but less than 4 grams to V. MCKINNEY,

　　　And it is further presented to said Court that prior to the commission of the aforesaid offense, the said defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID JACKSON and said conviction was a final conviction,

against the peace and dignity of the State.

**Bill Hill**

Foreman of the Grand Jury.

STATE OF TEXAS      §      IN THE ___CDC4___
VS.      §      DISTRICT COURT ___
_JACKSON, Raul___      §      DALLAS COUNTY, TEXAS

## PLEA AGREEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The defendant herein and the attorneys for both the defendant and the State waive a jury trial and make the following agreement:

**Defendant's plea:** [ ✓ ] Guilty      [ ] Nolo contendere
[ ] Defendant will testify.      [ ✓ ] Defendant will NOT testify.
**Plea to enhancement paragraph(s):** [ ✓ ] True      [ ] Not true
**Type of plea:** [ ✓ ] Plea bargain      [ ] Open plea
**Open as to:** [ ] Deferred Adjudication [ ] Community Supervision [ ] Fine [ ] Restitution
[ ] Other:_____
**State's recommendation:** _____
**Agreed sentence:**
[ ✓ ] Confinement in (penitentiary) ~~(state jail)~~ ~~(county jail)~~ for _15 MM_ (years) ~~(months)~~ ~~(days)~~.
[ ] Post-conviction community supervision, confinement probated for _____ (years) (months) (days).
[ ] Deferred community supervision for _____ (years) (months) (days).
[ ✓ ] Fine of $_5,000_ _or_. [ ] To be paid. [ ] To be probated.
[ ] Boot Camp [ ] Shock Probation [ ] Substance Abuse Felony Program
[ ] Judicial Drug Treatment Center [ ] CENIKOR [ ] Dallas County Jail Chemical Dependency Program
[ ] Restitution in the amount of $_____. [ ] Back-time NOT included.
[ ] Back-time included _____
[ ✓ ] Defendant will sign waiver of extradition. [ ] Defendant knowingly and voluntarily waives appeal.
[ ✓ ] Other: _Credit for all backtime, all sentences to run concurrently_

### [ ] CHANGE OF NAME (Applicable only if box is checked)

The defendant having suggested that his/her true name is other than that set forth in the charging instrument, and having moved that the charging instrument and all other documents in this cause be amended to show his/her true name to be _____, said motion is hereby granted. It is so ordered.

### COURT'S ADMONITIONS TO DEFENDANT

You are charged with the offense of: ___DC§ 19-49___.
The punishment range for the offense charged is:
[ ✓ ] 1st Degree Felony, 5 - 99 years or Life and an optional fine not to exceed $10,000.00.
[ ] 2nd Degree Felony, 2 - 20 years confinement and an optional fine not to exceed $10,000.00.
[ ] 3rd Degree Felony, 2 - 10 years confinement and an optional fine not to exceed $10,000.00.
[ ] State Jail Felony, 180 days - 2 years State Jail and an optional fine not to exceed $10,000.00.
[ ] _____, _____.

You have an absolute right to a jury trial, to confront and cross-examine the witnesses against you, and to call witnesses in your own behalf. You have a right to testify, but you cannot be compelled to do so. The prosecuting attorney's recommendation as to punishment is not binding on the Court. You will be permitted to withdraw your plea if the Court rejects any plea bargain made in this case. If the punishment assessed by the Court is not greater than that which you have plea-bargained, you may not appeal on any matter in the case unless the Court grants permission for the appeal or the matters appealed were raised by written motion filed and ruled on before the plea. If you enter a plea of guilty or nolo contendere and there is no plea bargain, the court may assess your punishment anywhere within the range allowed by law. If you are not a citizen of the United States, a plea of guilty or nolo contendere may, and under current Federal Immigration rules *is almost certain to*, result in your deportation, exclusion from admission to the United States, or denial of naturalization. If you have a court-appointed attorney, you have a right to ten days from the date of the attorney's appointment to prepare for trial. You have the right to be tried on an indictment returned by a Grand Jury, and, unless you are on bond, a right to two entire days after being served with a copy of the charging instrument before being arraigned. If you receive unadjudicated community supervision and violate its conditions, you may be arrested and subjected to a hearing limited to determining whether or not guilt should be adjudicated. If guilt is adjudicated, no appeal may be taken from the Court's decision, and the full range of punishment is open to the Court. All proceedings, including assessment of punishment, pronouncement of sentence, granting of community supervision, and an appeal, then continue as if the adjudication of guilt had not been deferred. [In sex offense cases, see Court's Admonition to Sex Offenders, which is incorporated by reference and attached hereto.]

### DEFENDANT'S STATEMENTS AND WAIVERS

With the approval of counsel, defendant makes the following statements and waivers. I am the accused in the charging instrument and am mentally competent. I understand the nature of the accusation made against me, the range

I hereby waive my right to t    ied on an indictment returned by a granu   ; any and all defects, errors, or irregularities, whether of form or substance, in the charging instrument; my right to a jury trial; and my right to remain silent. I waive arraignment and reading of the charging instrument; the appearance, confrontation, and cross-examination of witnesses; my right to ten days to prepare for trial after the appointment of counsel (if counsel has been appointed); and the preparation of a pre-sentence report. I consent to the oral or written stipulation of evidence or testimony, to the introduction of testimony by affidavits or written statements of witnesses, and to all other documentary evidence.

I admit and judicially confess that I committed the offense of _____ DEG 1-4 ;_____ on ___ 5-11-05 exactly as alleged in the charging instrument. I affirm that my plea and judicial confession are freely and voluntarily made, and not influenced by any consideration of fear, persuasion, or delusive hope of pardon or parole.

I understand the admonitions regarding unadjudicated community supervision, and that I will be required to register as a sex offender if convicted of, or placed on community supervision for, one of the offenses enumerated under Court's Admonition to Sex Offenders, attached hereto. I understand that under the Uniform Extradition Act, should I be charged with a violation of my community supervision and be arrested in another state, I have the right to require the issuance and service of a warrant of extradition, the right to hire legal counsel, or, if indigent, to have counsel appointed, and the right to apply for a writ of habeas corpus to contest my arrest and return to this State.

[ ✓ ] I voluntarily and knowingly waive my rights under the Extradition Act, waive extradition, and waive my right to contest my return to the State of Texas from any jurisdiction where I may be found. I understand and agree that such waiver is irrevocable.

[ ✓ ] I understand that I have a right to appeal to the Court of Appeals. If the trial court follows the terms of the State's recommendation as to sentencing, then, after consulting with my attorney, I do expressly, voluntarily, knowingly, and intelligently give up and waive my right to any appeal.

[ ✓ ] **DEFENDANT'S PLEA TO ENHANCEMENT PARAGRAPH(S)** *(Applicable only if box is checked)*

I, the defendant, plead true to the (second), (third), (second and third) enhancement paragraph(s) which is/are contained in the charging instrument, and judicially confess that I am the same person who was previously duly and legally convicted of the offense(s) alleged therein.

## SIGNATURES AND ACKNOWLEDGMENTS

I, the defendant herein, acknowledge that my attorney has explained to me, and I have read and I understand, all the foregoing admonitions and warnings regarding my rights and my plea, and that my statements and waivers are knowingly, freely, and voluntarily made with full understanding of the consequences. I request that the Court accept all my waivers, statements, agreements, and my plea.

_11/30/05_
Date

X_____
Defendant
Printed Name: ___RAul JACkSoN___

I have consulted with the defendant, whom I believe to be competent, concerning the plea in this case and have advised the defendant of his/her rights. I approve and agree to all waivers, statements, and agreements of the defendant herein and ask the Court to accept them and the defendant's plea.

_11/30/05_
Date

_____
Attorney for Defendant
Printed Name: ___BILL Cox___
State Bar # ___04956497___

As attorney for the State, I hereby consent to and approve the requests, waivers, agreements, and stipulations in this instrument.

_11/30/05_
Date

BILL HILL, Criminal District Attorney, Dallas County, by
_____
Assistant District Attorney
Printed Name: ___Kate Sica___
State Bar # ___24041912___

It appearing to the Court that the defendant is mentally competent and is represented by counsel, that the defendant understands the nature and consequences of the charge, and that all the parties have consented to and approved the waiver of jury trial and stipulations of evidence, the Court finds the waivers, agreements, and plea to have been knowingly, freely, and voluntarily made, approves the waivers and agreements, accepts the defendant's plea, approves the stipulation of testimony, and approves the change of name contained herein (if applicable).

_____        _____
Date                                            Judge

JS

DEFENDANT Jackson, Raul          B  M   06061969    CHARGE DEL CS 1G/2ND

        AKA:

ADDRESS _____          LOCATION DSO _____

FILING AGENCY TXDPD0000    DATE FILED August 05, 2005        COURT         CDC5

COMPLAINANT   McKinney, V _____     F-0555473     VT#: _____

C/C          _____

THE STATE OF TEXAS                              CAUSE NO. F-0555473

        VS.
                                         CRIMINAL DISTRICT COURT 5
**Jackson, Raul**                              DALLAS COUNTY, TEXAS

## JUDICIAL CONFESSION

Comes now Defendant in the above cause, in writing and in open Court, and consents to the stipulation of the evidence in this case and in so doing expressly waives the appearance, confrontation and cross-examination of witnesses. I further consent to the introduction of this Judicial Confession, and testimony orally, by affidavits, written statements of witnesses and other documentary evidence. Accordingly, having waived my Federal and State constitutional right against self-incrimination, and after having been sworn, upon oath, I judicially confess to the following facts and agree and stipulate that these facts are true and correct and constitute the evidence in this case:

On the        11 th        day of May A.D., 2005                , in Dallas County, Texas, I did unlawfully,

unlawfully and knowingly deliver, to-wit: actually transfer, constructively transfer and offer to sell a controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or dilutants, of 1 gram or more but less than 4 grams to V. MCKINNEY,

And it is further presented to said Court that prior to the commission of the aforesaid offense, the said defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID JACKSON and said conviction was a final conviction,

I further judicially confess that I committed the offense with which I stand charged exactly as alleged in the indictment in this cause.

APPROVED BY:

_____          X_____
    Attorney for Defendant                        Defendant

SWORN TO AND SUBSCRIBED before me on the _____30_____ day of __Nov__, 20 05

APPROVED BY:

                                         JIM HAMLIN, CLERK
                                         DISTRICT COURTS OF
                                         DALLAS COUNTY, TEXAS

_____          By _____
    Assistant District Attorney                Deputy District Clerk

Defendant's agreement to stipulate and waiver of confrontation and cross-examiation of witnesses are in all things approved by the Court. The above Judicial Confession is hereby approved by the Court.

TRIAL DOCKET — CRIMINAL DISTRICT COURT — DALLAS COUNTY, TEXAS

BAIL STATUS: JAIL

No. _____

F05-5547

| STATE OF TEXAS | ATTORNEYS | OFFENSE | DAT |
|---|---|---|---|
| RAIL, JACKSON | | TO-WIT: COCAINE | SEPTEMBE |
| | | UNLAWFUL DELIVERY OF A CONTROLLED SUBTANCE. A 2ND DEGREE | |
| | | FELONY OFFENSE AS CHARGED IN THE INDICTMENT/1G/2ND | |

D505391 G

| DATE OF ORDER | ORDERS OF COURT |
|---|---|
| | Suis appt |
| 9-14-05 | this |
| 9-14-05 | transfers CDC#4, Subst closed Case # D5545/1 |
| 9-16-05 | transfers CDC#4 B New Close Case #0555851. |
| 10-26-05 | DJMJ App |
| 11-2-05 | " |
| OCT 19 2005 | |
| 11-11-05 | Conn |
| 11-17-05 | dibest |
| 11-23-05 | plea |
| 11-30-05 | plea |
| | Jury waived Defendant arraigned. Defendant warned. Plea of guilty before Court. Found guilty of |
| | and that Defendant committed said offense on the ___ day of MAY , 19 2005. Punishment fixed at ___ years confinement in the Texas Department of Corrections, Defendant sentenced. Back time allowed $5,000 |
| 12/15/05 | 130-06 Jury Trial |

Cause No. 05- 55473

THE STATE OF TEXAS
VS.
JACKSON, RAUL

§
§
§

IN THE CDC 4
DISTRICT COURT
DALLAS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☑ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal.

_____
Judge

_____
Date Signed

I have received a copy of this certification:

Defendant (if not represented by counsel)
Mailing Address:

Telephone #:
Fax # (if any)

Defendant's Counsel
State Bar No.: 04957497
Mailing Address: 1401 Elm # 3310
Telephone #: Dallas, TX 75202
Fax # (if any): 214 220-3111

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case ---- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS                                    SEQ  0009

                                                        DATE 120605
CASE NUMBER F-0555473                                   TIME 143425
OFFENSE DEL CS 1G
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF JACKSON RAUL DAVID              RACE B SEX M DOB 060669
BNO 05053918
DISPOSED BY PGBC

SENTENCE
   15 YRS TO H TDC                  APPEAL _____

    SPECIAL CONDITION               MNT _____


    $     5000.00 FINE  $     273.00 COST    SENTENCE TO BEGIN   113005
ADDITIONAL CREDIT FOR TIME SERVED
   070805-113005
REMARKS   120605 DEFT IN JAIL; RETURN ANY AND ALL WARRANTS ON THIS CASE ONLY



JIM HAMLIN
DISTRICT CLERK                    ]         RELEASE INFORMATION
DALLAS COUNTY, TEXAS              ] REMARKS _____

BY GILL D                         ]         _____
   DEPUTY CLERK                   ]         _____
                                  ]         _____

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS                                      SEQ  0002


CASE NUMBER F-0555473                                        DATE 121305
OFFENSE DEL CS 1G                                            TIME 105004
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF JACKSON RAUL DAVID                    RACE B SEX M DOB 060669
BNO 05053918
DISPOSED BY

SENTENCE

                                                  APPEAL

      SPECIAL CONDITION                           MNT


      $        0. 0 FINE  $        0. 0 COST        SENTENCE TO BEGIN
ADDITIONAL CREDIT FOR TIME SERVED

REMARKS   121305 DEFT IN JAIL; DEFT SENTENCED IN ERROR-PLEASE DELETE SENTENCE
   N THIS DEFT. DEFT IS SET TO GO TO COURT ON A FUTURE DATE TO BE SENTENCED C
   RECTLY-PLEASE DISREGARD DEFT SENTENCED IN ERROR THANK YOU


JIM HAMLIN
DISTRICT CLERK                                    RELEASE INFORMATION
DALLAS COUNTY, TEXAS              ]  REMARKS
                                 ]
BY GILL D                        ]
   DEPUTY CLERK                  ]
                                 ]

## JUDGMENT
## CERTIFICATE OF THUMBPRINT

CAUSE NO. _F05-55473_

THE STATE OF TEXAS

VS.

_RAUL JACKSON_

IN THE _____

DISTRICT COURT _#4_

DALLAS COUNTY, TEXAS

_____

RIGHT THUMB*

Defendant's ___R___ hand

THIS IS TO CERTIFY THAT THE FINGERPRINTS ABOVE ARE THE ABOVE-NAMED DEFENDANT'S FINGERPRINTS TAKEN AT THE TIME OF DISPOSITION OF THE ABOVE STYLED AND NUMBERED CAUSE.

DONE IN COURT THIS _13_ DAY OF _DECEMBER_, 20_05_.

_C.E. Clark #437_

BAILIFF/DEPUTY SHERIFF

*Indicate here if print other than defendant's right thumbprint is placed in box:

_____ left thumbprint          _____ left/right index finger

_____ other, _____

# THE STATE OF TEXAS,

No. F05-55473-K                    vs.              §          IN THE CRIMINAL
                                                   §
                                                   §          DISTRICT COURT FOUR
                                                   §
_____                      §          OF DALLAS COUNTY, TEXAS
                                                   §
RAUL DAVID JACKSON                                 §          APRIL TERM, A.D., 2006
DEL CS1G

Now comes the District Attorney of Dallas County, Texas and asks the Court to dismiss the above entitled and numbered cause, for the following reasons, to-wit:

The above case has been reindicted as Cause Number F06-00448-K.

WHEREFORE PREMISES CONSIDERED, the State respectfully requests that this case be dismissed.

~~~~~ed on Motion of Dist. Atty. (___K-SLCA___ Asst. Dist. ~~~

2006 MAY -2 PM 3: 36    FILED

JIM HAMLIN
DISTRICT CLERK
DALLAS CO. TEXAS
DEPUTY

EXHIBIT 3

EXHIBIT 3

CAUSE NO. F-0556279

EXHIBIT 3

CH

DEFENDANT  Jackson, Raul David          B  M  06061969  CHARGE DEL CS 4G/2ND

    AKA:

ADDRESS _____          LOCATION DSO _____

FILING AGENCY  TXDPD0000  DATE FILED August 25, 2005          COURT ____JDC195____

COMPLAINANT  McKinney, V _____          F-0556279          VT#:

C/C _____

## TRUE BILL INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:  The Grand Jury of

Dallas County, State of Texas, duly organized at the _____July_____ Term, A.D., ___2005___ of the

_____195th Judicial District Court_____ , Dallas County, in said Court at said

Term, do present that one          **JACKSON, RAUL DAVID**          , Defendant,

On or about the ____5 th____ day of July A.D., 2005 _____ in the County of Dallas and said State, did

unlawfully and knowingly deliver, to-wit: actually transfer, constructively transfer and offer to sell a
controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or
dilutants, of 4 grams or more but less than 200 grams to V. MCKINNEY,

    And it is further presented to said Court that prior to the commission of the aforesaid offense, the said
defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on
the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND
JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID
JACKSON and said conviction was a final conviction,

    against the peace and dignity of the State.

**Bill Hill**
_____

_____
Foreman of the Grand Jury.

Cause No. F 05-56279

STATE OF TEXAS §     IN THE _____ CDC 4
      VS. §     DISTRICT COURT _____
JACKSON, RAUL §     DALLAS COUNTY, TEXAS

## PLEA AGREEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The defendant herein and the attorneys for both the defendant and the State waive a jury trial and make the following agreement:

**Defendant's plea:** [✓] Guilty     [ ] Nolo contendere
[ ] **Defendant will testify.** [✓] **Defendant will NOT testify.**
**Plea to enhancement paragraph(s):** [✓] True     [ ] Not true
**Type of plea:** [✓] Plea bargain     [ ] Open plea
**Open as to:** [ ] Deferred Adjudication   [ ] Community Supervision   [ ] Fine   [ ] Restitution
[ ] Other:_____.
**State's recommendation:** _____.
**Agreed sentence:**
[✓] Confinement in *(penitentiary)(state jail)(county jail)* for ___15___ (years) ~~(months)~~ ~~(days)~~.
[ ] Post-conviction community supervision, confinement probated for _____ (years) (months) (days).
[ ] Deferred community supervision for _____ (years) (months) (days).
[✓] Fine of $ __5,000__. [ ] To be paid. [ ] To be probated.
[ ] Boot Camp [ ] Shock Probation     [ ] Substance Abuse Felony Program
[ ] Judicial Drug Treatment Center     [ ] CENIKOR     [ ] Dallas County Jail Chemical Dependency Program
[ ] Restitution in the amount of $_____. [ ] Back-time NOT included.
[ ] Back-time included _____.
[ ] Defendant will sign waiver of extradition.     [ ] Defendant knowingly and voluntarily waives appeal.
[ ] Other: _____.

**[ ] CHANGE OF NAME** *(Applicable only if box is checked)*
The defendant having suggested that his/her true name is other than that set forth in the charging instrument, and having moved that the charging instrument and all other documents in this cause be amended to show his/her true name to be _____, said motion is hereby granted. It is so ordered.

### COURT'S ADMONITIONS TO DEFENDANT
You are charged with the offense of: ___DCS 4g - 200 g___.
The punishment range for the offense charged is:
[✓] 1st Degree Felony, 5 - 99 years or Life and an optional fine not to exceed $10,000.00.
[ ] 2nd Degree Felony, 2 - 20 years confinement and an optional fine not to exceed $10,000.00.
[ ] 3rd Degree Felony, 2 - 10 years confinement and an optional fine not to exceed $10,000.00.
[ ] State Jail Felony, 180 days - 2 years State Jail and an optional fine not to exceed $10,000.00.
[ ] _____, _____.

You have an absolute right to a jury trial, to confront and cross-examine the witnesses against you, and to call witnesses in your own behalf. You have a right to testify, but you cannot be compelled to do so. The prosecuting attorney's recommendation as to punishment is not binding on the Court. You will be permitted to withdraw your plea if the Court rejects any plea bargain made in this case. If the punishment assessed by the Court is not greater than that which you have plea-bargained, you may not appeal on any matter in the case unless the Court grants permission for the appeal or the matters appealed were raised by written motion filed and ruled on before the plea. If you enter a plea of guilty or nolo contendere and there is no plea bargain, the court may assess your punishment anywhere within the range allowed by law. If you are not a citizen of the United States, a plea of guilty or nolo contendere may, and under current Federal Immigration rules *is almost certain to*, result in your deportation, exclusion from admission to the United States, or denial of naturalization. If you have a court-appointed attorney, you have a right to ten days from the date of the attorney's appointment to prepare for trial. You have the right to be tried on an indictment returned by a Grand Jury, and, unless you are on bond, a right to two entire days after being served with a copy of the charging instrument before being arraigned. If you receive unadjudicated community supervision and violate its conditions, you may be arrested and subjected to a hearing limited to determining whether or not guilt should be adjudicated. If guilt is adjudicated, no appeal may be taken from the Court's decision, and the full range of punishment is open to the Court. All proceedings, including assessment of punishment, pronouncement of sentence, granting of community supervision, and an appeal, then continue as if the adjudication of guilt had not been deferred. [In sex offense cases, see Court's Admonition to Sex Offenders, which is incorporated by reference and attached hereto.]

### DEFENDANT'S STATEMENTS AND WAIVERS
With the approval of counsel, defendant makes the following statements and waivers. I am the accused in the

I hereby waive my right to b\_ \_ed on an indictment returned by a grand j\_\_\_; any and all defects, errors, or irregularities, whether of form or substance, in the charging instrument; my right to a jury trial; and my right to remain silent. I waive arraignment and reading of the charging instrument; the appearance, confrontation, and cross-examination of witnesses; my right to ten days to prepare for trial after the appointment of counsel (if counsel has been appointed); and the preparation of a pre-sentence report. I consent to the oral or written stipulation of evidence or testimony, to the introduction of testimony by affidavits or written statements of witnesses, and to all other documentary evidence.

I admit and judicially confess that I committed the offense of ___DCS 49-200 g___ on ___7-5-05___ exactly as alleged in the charging instrument. I affirm that my plea and judicial confession are freely and voluntarily made, and not influenced by any consideration of fear, persuasion, or delusive hope of pardon or parole.

I understand the admonitions regarding unadjudicated community supervision, and that I will be required to register as a sex offender if convicted of, or placed on community supervision for, one of the offenses enumerated under Court's Admonition to Sex Offenders, attached hereto. I understand that under the Uniform Extradition Act, should I be charged with a violation of my community supervision and be arrested in another state, I have the right to require the issuance and service of a warrant of extradition, the right to hire legal counsel, or, if indigent, to have counsel appointed, and the right to apply for a writ of habeas corpus to contest my arrest and return to this State.

[ ✓ ] I voluntarily and knowingly waive my rights under the Extradition Act, waive extradition, and waive my right to contest my return to the State of Texas from any jurisdiction where I may be found. I understand and agree that such waiver is irrevocable.

[ ✓ ] I understand that I have a right to appeal to the Court of Appeals. If the trial court follows the terms of the State's recommendation as to sentencing, then, after consulting with my attorney, I do expressly, voluntarily, knowingly, and intelligently give up and waive my right to any appeal.

[ ] **DEFENDANT'S PLEA TO ENHANCEMENT PARAGRAPH(S)** *(Applicable only if box is checked)*

I, the defendant, plead true to the (second), (third), (second and third) enhancement paragraph(s) which is/are contained in the charging instrument, and judicially confess that I am the same person who was previously duly and legally convicted of the offense(s) alleged therein.

## SIGNATURES AND ACKNOWLEDGMENTS

I, the defendant herein, acknowledge that my attorney has explained to me, and I have read and I understand, all the foregoing admonitions and warnings regarding my rights and my plea, and that my statements and waivers are knowingly, freely, and voluntarily made with full understanding of the consequences. I request that the Court accept all my waivers, statements, agreements, and my plea.

___11/30/05___
Date

Defendant
Printed Name: ___Raul JACKSON___

I have consulted with the defendant, whom I believe to be competent, concerning the plea in this case and have advised the defendant of his/her rights. I approve and agree to all waivers, statements, and agreements of the defendant herein and ask the Court to accept them and the defendant's plea.

___11/30/05___
Date

Attorney for Defendant
Printed Name: ___Bill Cox___
State Bar # ___04956497___

As attorney for the State, I hereby consent to and approve the requests, waivers, agreements, and stipulations in this instrument.

___11/30/05___
Date

BILL HILL, Criminal District Attorney, Dallas County, by

Assistant District Attorney
Printed Name: ___Kate Sica___
State Bar # ___24041912___

It appearing to the Court that the defendant is mentally competent and is represented by counsel, that the defendant understands the nature and consequences of the charge, and that all the parties have consented to and approved the waiver of jury trial and stipulations of evidence, the Court finds the waivers, agreements, and plea to have been knowingly, freely, and voluntarily made, approves the waivers and agreements, accepts the defendant's plea, approves the stipulation of testimony, and approves the change of name contained herein (if applicable).

_____
Date

_____
Judge

CH

DEFENDANT Jackson, Raul David          B  M   06061969    CHARGE DEL CS 4G/2ND

AKA:

ADDRESS _____     LOCATION DSO_____

FILING AGENCY TXDPD0000    DATE FILED August 25, 2005    COURT    JDC195_____

COMPLAINANT  McKinney, V_____     F-0556279    VT#:_____

C/C        _____

---

THE STATE OF TEXAS                              CAUSE NO.  F-0556279

VS.
                                                195TH JUDICIAL DISTRICT COURT
**Jackson, Raul David**                          DALLAS COUNTY, TEXAS

### JUDICIAL CONFESSION

Comes now Defendant in the above cause, in writing and in open Court, and consents to the stipulation of the evidence in this case and in so doing expressly waives the appearance, confrontation and cross-examination of witnesses.   I further consent to the introduction of this Judicial Confession, and  testimony orally, by affidavits, written statements of witnesses and other documentary evidence. Accordingly, having waived my Federal and State constitutional right against self-incrimination, and after having been sworn, upon oath, I judicially confess to the following facts and agree and stipulate that these facts are true and correct and constitute the evidence in this case:

On the      5 th      day of July A.D., 2005                , in Dallas County, Texas, I did unlawfully,

unlawfully and knowingly deliver, to-wit: actually transfer, constructively transfer and offer to sell a controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or dilutants, of 4 grams or more but less than 200 grams to V. MCKINNEY,

And it is further presented to said Court that prior to the commission of the aforesaid offense, the said defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID JACKSON and said conviction was a final conviction,

I further judicially confess that I committed the offense with which I stand charged exactly as alleged in the indictment in this cause.

APPROVED BY:

_____          X _____
Attorney for Defendant                      Defendant

SWORN TO AND SUBSCRIBED before me on the _____ 3 0 _____ day of ___ Nov ___, 20 0 5

APPROVED BY:                              JIM HAMLIN, CLERK
                                         DISTRICT COURTS OF
                                         DALLAS COUNTY, TEXAS

_____        By _____
Assistant District Attorney                 Deputy District Clerk

Defendant's agreement to stipulate and waiver of confrontation and cross-examination of witnesses are in all things approved by the Court. The above Judicial Confession is hereby approved by the Court.

BAIL STATUS: JAIL

No. F05-5627

| STATE OF TEXAS | ATTORNEYS | OFFENSE | DA |
|---|---|---|---|
| RAUL DAVID JACKSON | *Gabriel Garza* | UNLAWFUL DELIVERY OF A CONTROLLED SUBTANCE, TO-WIT: COCAINE , A 1ST DEGREE FELONY OFFENSE AS CHARGED IN THE INDICTMENT/4G/2ND | SEPTEMBE |

| DATE OF ORDER | ORDERS OF COURT |
|---|---|
| OCT 17 2005 | |
| OCT 19 2005 | |
| NOV 8 2005 | |
| | |

Jury waived. Defendant arraigned. Defendant warned.
Plea of guilty before Court. Court found guilty of

and that Defendant committed said offense on the 5
day of July , 19 2005, Punishment fixed at 15 years confinement in
the Texas Department of Corrections. Defendant sentenced.
Back time allowed $5,000 —

DEFENDANT PLEADS TRUE/
ENHANCEMENT
THE COURT
PARAGRAPH/PARAGRAPHS TO BE
TRUE/UNTRUE.

SENIOR DISTRICT JUDGE

FEB 17 2006

on Motion of Dist. Atty.
Asst. Dist.

Cause No. **05-56279-K**

THE STATE OF TEXAS
VS.
**JACKSON, RAVI**

§
§
§

IN THE __CDC 4__
DISTRICT COURT
DALLAS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☒ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal.

_____
Judge

_____
Date Signed

I have received a copy of this certification:

_____
Defendant (if not represented by counsel)
Mailing Address:

Telephone #:
Fax # (if any)

_____
Defendant's Counsel
State Bar No.: 04956497
Mailing Address: 1401 Elm #3310
Telephone #: Dallas, TX 75202
Fax # (if any): 214 220-3111

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case ---- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS                     SEQ 0007

CASE NUMBER F-0556279                              DATE 120605
OFFENSE DEL CS 4G                                  TIME 142514
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF JACKSON RAUL DAVID                RACE B SEX M DOB 060669
BNO 05053918
DISPOSED BY PGBC

SENTENCE
    15 YRS TO H TDC                    APPEAL _____

        SPECIAL CONDITION              MNT _____


    $    5000.00 FINE  $    223.00 COST    SENTENCE TO BEGIN  113005
ADDITIONAL CREDIT FOR TIME SERVED
    070805-113005
REMARKS   120605 DEFT IN JAIL; RETURN ANY AND ALL WARRANTS ON THIS CASE ONLY_



JIM HAMLIN
DISTRICT CLERK                    ]        RELEASE INFORMATION
DALLAS COUNTY, TEXAS              ] REMARKS _____
                                 ]
BY GILL D                        ]
   DEPUTY CLERK                  ]
                                 ] ---------------------------

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS                      SEQ   0003

CASE NUMBER F-0556279                                      DATE 121305
OFFENSE DEL CS 4G                                          TIME 105334
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF JACKSON RAUL DAVID                RACE B SEX M DOB 060669
BNO 05053918
DISPOSED BY

SENTENCE
                                              APPEAL

        SPECIAL CONDITION                     MNT


        $        0.00 FINE  $        0.00 COST        SENTENCE TO BEGIN
ADDITIONAL CREDIT FOR TIME SERVED

REMARKS  121305 DEFT IN JAIL; DEFT SENTENCED IN ERROR-DEFT DIDN'T ACCEPTED PL
         A AGREEMENT-DEFT SET TO GO BACK TO COURT ON A FUTURE DATE TO BE CORRECTLY S
         NTENCED-DISREGARD SENTENCE-SENTENCED IN ERROR THANK YOU


JIM HAMLIN
DISTRICT CLERK                           ]      RELEASE INFORMATION            ]
DALLAS COUNTY, TEXAS                     ] REMARKS _____ ]
                                         ] _____ ]
BY GILL D                                ] _____ ]
    DEPUTY CLERK                         ] _____ ]
                                         ] _____ ]

JUDGMENT
CERTIFICATE OF THUMBPRINT

CAUSE NO. _FD5-56279_

THE STATE OF TEXAS

VS.

_PAUL JACKSON_

IN THE _____

DISTRICT COURT _# 4_

DALLAS COUNTY, TEXAS

RIGHT THUMB*

Defendant's _R_ hand

THIS IS TO CERTIFY THAT THE FINGERPRINTS ABOVE ARE THE ABOVE-NAMED DEFENDANT'S FINGERPRINTS TAKEN AT THE TIME OF DISPOSITION OF THE ABOVE STYLED AND NUMBERED CAUSE.

DONE IN COURT THIS _13_ DAY OF _DECEMBER_, 20_05_.

_#437_

BAILIFF/DEPUTY SHERIFF

*Indicate here if print other than defendant's right thumbprint is placed in box:

_____ left thumbprint          _____ left/right index finger

_____ other, _____

601/38

# THE STATE OF TEXAS,

No. F05-56279-K              VS.        §           IN THE CRIMINAL

§

§           DISTRICT COURT FOUR

§

§           OF DALLAS COUNTY, TEXAS

§

RAUL DAVID JACKSON        §           APRIL TERM, A.D., 2006
DEL CS 4G

Now comes the District Attorney of Dallas County, Texas and asks the Court to dismiss the above entitled and numbered cause, for the following reasons, to-wit:

The above case has been reindicted as Cause Number <u>F06-00453-K</u>.

WHEREFORE PREMISES CONSIDERED, the State respectfully requests that this case be dismissed.

Granted on Motion of Dist. Atty.  _Rhea Sica_  Asst. Dist.

EXHIBIT 4

EXHIBIT 4

CAUSE NO. F-0557397

EXHIBIT 4

MT

DEFENDANT  Jackson, Raul                      B  M  06061969  CHARGE  DEL CS 4G/2ND

    AKA:

ADDRESS _____  LOCATION  WRIT _____

FILING AGENCY  TXDPD0000  DATE FILED  September 23, 2005      COURT _____CDC3_____

    COMPLAINANT  McKinney, V _____      F-0557397      VT#:

C/C _____

## TRUE BILL INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS: The Grand Jury of

Dallas County, State of Texas, duly organized at the _____October_____ Term, A.D., ____2005____ of the

_____Criminal District Court 3_____ , Dallas County, in said Court at said

Term, do present that one     **JACKSON, RAUL**     , Defendant,

On or about the ____20 th____ day of June A.D., 2005 _____ in the County of Dallas and said State, did

unlawfully and knowingly deliver, to-wit: actually transfer, constructively transfer and offer to sell a
controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or
dilutants, of 4 grams or more but less than 200 grams to V. MCKINNEY,

    And it is further presented to said Court that prior to the commission of the aforesaid offense, the said
defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on
the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND
JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID
JACKSON and said conviction was a final conviction,

against the peace and dignity of the State.

    **Bill Hill**               _Frank L. Crowder_

                                        Foreman of the Grand Jury

Ca. No. F __05-57397__

STATE OF TEXAS § IN THE __CDC4__
VS. § DISTRICT COURT ____
__JACKSON, Raul__ § DALLAS COUNTY, TEXAS
2005 DEC 12 AM 11:54

### PLEA AGREEMENT

JIM HAMLIN
DISTRICT CLERK
DALLAS CO. TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

The defendant herein and the attorneys for both the defendant and the State waive a jury trial and make the following agreement:

Defendant's plea: [ ✓ ] Guilty          [ ] Nolo contendere
[ ] Defendant will testify.          [ ✓ ] Defendant will NOT testify.
Plea to enhancement paragraph(s): [ ✓ ] True          [ ] Not true
Type of plea: [ ✓ ] Plea bargain          [ ] Open plea
Open as to: [ ] Deferred Adjudication  [ ] Community Supervision  [ ] Fine  [ ] Restitution
[ ] Other:_____
State's recommendation: _____
Agreed sentence:
[ ✓ ] Confinement in (penitentiary)(state jail)(county jail) for ____15____ (years) (months) (days).
[ ] Post-conviction community supervision, confinement probated for _____ (years) (months) (days).
[ ] Deferred community supervision for _____ (years) (months) (days).
[ ✓ ] Fine of $ __1,000__ . [ ] To be paid.   [ ] To be probated.
[ ] Boot Camp [ ] Shock Probation     [ ] Substance Abuse Felony Program
[ ] Judicial Drug Treatment Center   [ ] CENIKOR   [ ] Dallas County Jail Chemical Dependency Program
[ ] Restitution in the amount of $_____ .          [ ] Back-time NOT included.
[ ] Back-time included _____
[ ] Defendant will sign waiver of extradition.     [ ] Defendant knowingly and voluntarily waives appeal.
[ ✓ ] Other: __all sentences to run concurrently, credit for all backtime__

### [ ] CHANGE OF NAME (Applicable only if box is checked)

The defendant having suggested that his/her true name is other than that set forth in the charging instrument, and having moved that the charging instrument and all other documents in this cause be amended to show his/her true name to be _____, said motion is hereby granted. It is so ordered.

### COURT'S ADMONITIONS TO DEFENDANT

You are charged with the offense of: ____DCS 4g____ .
The punishment range for the offense charged is:
[ ✓ ] 1st Degree Felony, 5 - 99 years or Life and an optional fine not to exceed $10,000.00.
[ ] 2nd Degree Felony, 2 - 20 years confinement and an optional fine not to exceed $10,000.00.
[ ] 3rd Degree Felony, 2 - 10 years confinement and an optional fine not to exceed $10,000.00.
[ ] State Jail Felony, 180 days - 2 years State Jail and an optional fine not to exceed $10,000.00.
[ ] _____ , _____ .

You have an absolute right to a jury trial, to confront and cross-examine the witnesses against you, and to call witnesses in your own behalf. You have a right to testify, but you cannot be compelled to do so. The prosecuting attorney's recommendation as to punishment is not binding on the Court. You will be permitted to withdraw your plea if the Court rejects any plea bargain made in this case. If the punishment assessed by the Court is not greater than that which you have plea-bargained, you may not appeal on any matter in the case unless the Court grants permission for the appeal or the matters appealed were raised by written motion filed and ruled on before the plea. If you enter a plea of guilty or nolo contendere and there is no plea bargain, the court may assess your punishment anywhere within the range allowed by law. If you are not a citizen of the United States, a plea of guilty or nolo contendere may, and under current Federal Immigration rules *is almost certain to,* result in your deportation, exclusion from admission to the United States, or denial of naturalization. If you have a court-appointed attorney, you have a right to ten days from the date of the attorney's appointment to prepare for trial. You have the right to be tried on an indictment returned by a Grand Jury, and, unless you are on bond, a right to two entire days after being served with a copy of the charging instrument before being arraigned. If you receive unadjudicated community supervision and violate its conditions, you may be arrested and subjected to a hearing limited to determining whether or not guilt should be adjudicated. If guilt is adjudicated, no appeal may be taken from the Court's decision, and the full range of punishment is open to the Court. All proceedings, including assessment of punishment, pronouncement of sentence, granting of community supervision, and an appeal, then continue as if the adjudication of guilt had not been deferred. [In sex offense cases, see Court's Admonition to Sex Offenders, which is incorporated by reference and attached hereto.]

### DEFENDANT'S STATEMENTS AND WAIVERS

With the approval of counsel, defendant makes the following statements and waivers. I am the accused in the charging instrument and am mentally competent. I understand the nature of the accusation made against me, the range

I hereby waive my right to b[...]ied on an indictment returned by a grand [...]; any and all defects, errors, or irregularities, whether of form or substance, in the charging instrument; my right to a jury trial; and my right to remain silent. I waive arraignment and reading of the charging instrument; the appearance, confrontation, and cross-examination of witnesses; my right to ten days to prepare for trial after the appointment of counsel (if counsel has been appointed); and the preparation of a pre-sentence report. I consent to the oral or written stipulation of evidence or testimony, to the introduction of testimony by affidavits or written statements of witnesses, and to all other documentary evidence.

I admit and judicially confess that I committed the offense of _____DCS 4g-2009_____ on _____ 6/20/05 exactly as alleged in the charging instrument. I affirm that my plea and judicial confession are freely and voluntarily made, and not influenced by any consideration of fear, persuasion, or delusive hope of pardon or parole.

I understand the admonitions regarding unadjudicated community supervision, and that I will be required to register as a sex offender if convicted of, or placed on community supervision for, one of the offenses enumerated under Court's Admonition to Sex Offenders, attached hereto. I understand that under the Uniform Extradition Act, should I be charged with a violation of my community supervision and be arrested in another state, I have the right to require the issuance and service of a warrant of extradition, the right to hire legal counsel, or, if indigent, to have counsel appointed, and the right to apply for a writ of habeas corpus to contest my arrest and return to this State.

[ ✓ ] I voluntarily and knowingly waive my rights under the Extradition Act, waive extradition, and waive my right to contest my return to the State of Texas from any jurisdiction where I may be found. I understand and agree that such waiver is irrevocable.

[ ✓ ] I understand that I have a right to appeal to the Court of Appeals. If the trial court follows the terms of the State's recommendation as to sentencing, then, after consulting with my attorney, I do expressly, voluntarily, knowingly, and intelligently give up and waive my right to any appeal.

[ ] **DEFENDANT'S PLEA TO ENHANCEMENT PARAGRAPH(S)** *(Applicable only if box is checked)*

I, the defendant, plead true to the (second), (third), (second and third) enhancement paragraph(s) which is/are contained in the charging instrument, and judicially confess that I am the same person who was previously duly and legally convicted of the offense(s) alleged therein.

### SIGNATURES AND ACKNOWLEDGMENTS

I, the defendant herein, acknowledge that my attorney has explained to me, and I have read and I understand, all the foregoing admonitions and warnings regarding my rights and my plea, and that my statements and waivers are knowingly, freely, and voluntarily made with full understanding of the consequences. I request that the Court accept all my waivers, statements, agreements, and my plea.

11/30/05
Date

Defendant
Printed Name: _____Raul JACKSON_____

I have consulted with the defendant, whom I believe to be competent, concerning the plea in this case and have advised the defendant of his/her rights. I approve and agree to all waivers, statements, and agreements of the defendant herein and ask the Court to accept them and the defendant's plea.

11/30/05
Date

Attorney for Defendant
Printed Name: _____Bill Cox_____
State Bar # _____04956497_____

As attorney for the State, I hereby consent to and approve the requests, waivers, agreements, and stipulations in this instrument.

11/30/05
Date

BILL HILL, Criminal District Attorney, Dallas County, by

Assistant District Attorney
Printed Name: _____Kate Sica_____
State Bar # _____04047912_____

It appearing to the Court that the defendant is mentally competent and is represented by counsel, that the defendant understands the nature and consequences of the charge, and that all the parties have consented to and approved the waiver of jury trial and stipulations of evidence, the Court finds the waivers, agreements, and plea to have been knowingly, freely, and voluntarily made, approves the waivers and agreements, accepts the defendant's plea, approves the stipulation of testimony, and approves the change of name contained herein (if applicable).

_____
Date

_____
Judge

MT

DEFENDANT Jackson, Raul          B  M  06061969     CHARGE DEL CS 4G/2ND

   AKA:

ADDRESS _____     LOCATION WRIT_____

FILING AGENCYTXDPD0000     DATE FILED September 23, 2005     COURT _____CDC3_____

COMPLAINANT   McKinney, V ·          F-0557397     VT#:

C/C _____

THE STATE OF TEXAS                    CAUSE NO.  F-0557397

      VS.
                                      CRIMINAL DISTRICT COURT 3
**Jackson, Raul**                      DALLAS COUNTY, TEXAS

## JUDICIAL CONFESSION

Comes now Defendant in the above cause, in writing and in open Court, and consents to the stipulation of the evidence in this case and in so doing expressly waives the appearance, confrontation and cross-examination of witnesses.    I further consent to the introduction of this Judicial Confession, and  testimony orally, by affidavits, written statements of  witnesses and other    documentary evidence. Accordingly, having waived my Federal and State constitutional right against self-incrimination, and after having been  sworn, upon oath, I judicially confess  to  the  following  facts  and agree and stipulate that these facts are true and correct and constitute the evidence in this case:

On  the        20 th       day of June A.D., 2005                , in Dallas County, Texas, I did unlawfully,

unlawfully and knowingly deliver, to-wit: actually transfer, constructively transfer and offer to sell a controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or dilutants, of 4 grams or more but less than 200 grams to V. MCKINNEY, ·

And it is further presented to said Court that prior to the commission of the aforesaid offense, the said defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID JACKSON and said conviction was a final conviction,·

I further judicially confess that I committed the offense with which I stand charged exactly as alleged in the indictment in this cause.

APPROVED BY:

_____          _____
   Attorney for Defendant                     Defendant

SWORN TO AND SUBSCRIBED before me on the _____30_____ day of _Nou._, 20_05_

APPROVED BY:                        JIM HAMLIN, CLERK
                                    DISTRICT COURTS OF ·
                                    DALLAS COUNTY, TEXAS

_____      By _____
Assistant  District Attorney             Deputy District Clerk

Defendant's agreement to stipulate and waiver of confrontation and cross-examination of witnesses are in all things approved by the Court. The above Judicial Confession is hereby approved by the Court.

# TRIAL DOCKET — CRIMINAL DISTRICT COURT — DALLAS COUNTY, TEXAS

No. ___F05-57397

BAIL STATUS: JAIL

| STATE OF TEXAS | ATTORNEYS | OFFENSE | DAT |
|---|---|---|---|
| RAUL JACKSON | *Bill Cox ret* | UNLAWFUL DELIVERY OF A CONTROLLED SUBTANCE, TO-WIT: COCAINE , A 1ST DEGREE FELONY OFFENSE AS CHARGED IN THE INDICTMENT/4G/2ND | NOVEMBER |

| DATE OF ORDER | ORDERS OF COURT |
|---|---|
| NOV 8 2005 | |
| *11-9-05* | |
| *11-11-05 Cont* | |
| *11-17-05 Invest* | |
| *11-23-05 plea* | |
| *11-30-05 plea* | Jury waived. Defendant arraigned. Defendant warned. Plea of guilty before Court. Found guilty of _____ and that Defendant committed said offense on the 20 day of _____ June ____ 19__. Punishment fixed at _____ Fifteen (15) years confinement in the Texas Department of Corrections. Defendant sentenced. Back time allowed. $5000 |
| *12-15-05* | |
| *1-23-06 Jury Trial* | |
| *5-1-06 Trial* | |
| FEB 17 2006 | *Filed on Motion of Dist. Atty.* |
| 050206 | |

SENIOR DISTRICT JUDGE

Cause No. __05-57397__

THE STATE OF TEXAS
VS.
__JACKSON, RAUL__

§
§
§

IN THE __CDC 4__
DISTRICT COURT____
DALLAS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☒ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal.

_____
Judge

_____
Date Signed

I have received a copy of this certification:

_____
Defendant (if not represented by counsel)
Mailing Address:

Telephone #:
Fax # (if any)

_____
Defendant's Counsel
State Bar No.: __04956497__
Mailing Address: __1401 Elm #3310__
Telephone #: __Dallas, TX 75202__
Fax # (if any): __214 220-3111__

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case ---- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS                              SEQ 0005

CASE NUMBER F-0557397                            DATE 120605
OFFENSE DEL CS 4G                                TIME 141844
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF JACKSON RAUL                    RACE B SEX M DOB 060669
BNO
DISPOSED BY PGBC

SENTENCE
    10 YRS TO H TDC                              APPEAL

    SPECIAL CONDITION                            MNT

    $      5000.00 FINE  $      223.00 COST      SENTENCE TO BEGIN    113005
ADDITIONAL CREDIT FOR TIME SERVED
    070805-113005
REMARKS   120605 DEFT IN JAIL; RETURN ANY AND ALL WARRANTS ON THIS CASE ONLY

JIM HAMLIN
DISTRICT CLERK                          RELEASE INFORMATION
DALLAS COUNTY, TEXAS                  ] REMARKS

BY GILL D
    DEPUTY CLERK

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS

SEQ 0004

CASE NUMBER F-0557397
OFFENSE DEL CS 4G
REDUCED CHARGE

DATE 121305
TIME 105600

THE STATE OF TEXAS VS.
DEF JACKSON RAUL
BNO
DISPOSED BY

RACE B SEX M DOB 060669

SENTENCE

APPEAL

SPECIAL CONDITION

MNT

$       0.00 FINE  $       0.00 COST       SENTENCE TO BEGIN
ADDITIONAL CREDIT FOR TIME SERVED

REMARKS  121305 DEFT IN JAIL; DEFT SENTENCED IN ERROR-PLEASE DELETE SENTENC
N THIS DEFT-DEFT SET TO GO BACK TO COURT ON A FUTURE DATE TO BE CORRECTLY
NTENCED-PLEASE DISREGARD SENTENCE

JIM HAMLIN
DISTRICT CLERK                          ]       RELEASE INFORMATION
DALLAS COUNTY, TEXAS                     ] REMARKS
                                        ]
BY GILL D                               ]
   DEPUTY CLERK                         ]
                                        ]

## JUDGMENT
### CERTIFICATE OF THUMBPRINT

CAUSE NO. _F05-57397_

THE STATE OF TEXAS

VS.

_RAUL JACKSON_

IN THE _____

DISTRICT COURT _#4_

DALLAS COUNTY, TEXAS

_____
RIGHT THUMB*

Defendant's __R__ hand

THIS IS TO CERTIFY THAT THE FINGERPRINTS ABOVE ARE THE ABOVE-NAMED DEFENDANT'S FINGERPRINTS TAKEN AT THE TIME OF DISPOSITION OF THE ABOVE STYLED AND NUMBERED CAUSE.

DONE IN COURT THIS _13_ DAY OF _DECEMBER_, 20_05_.

_____#437_
BAILIFF/DEPUTY SHERIFF

*Indicate here if print other than defendant's right thumbprint is placed in box:

____ left thumbprint      ____ left/right index finger

____ other, _____

# THE STATE OF TEXAS,

No. F05-57397-K                    VS.         §         IN THE CRIMINAL

§

§         DISTRICT COURT FOUR

§

§         OF DALLAS COUNTY, TEXAS

§

RAUL DAVID JACKSON                             §         APRIL TERM, A.D., 2006
DEL CS 4G

Now comes the District Attorney of Dallas County, Texas and asks the Court to dismiss the above entitled and numbered cause, for the following reasons, to-wit:

The above case has been reindicted as Cause Number <u>F06-00450-K</u>.

WHEREFORE PREMISES CONSIDERED, the State respectfully requests that this case be dismissed.

~~Dismissed~~ on Motion of Dist. Atty. _KATE SICA_ Asst. Dist. ~~Atty.~~

FILED
2006 MAY -2 PM 3:36
DISTRICT CLERK
DALLAS CO. TEXAS
DEPUTY

EXHIBIT 5

EXHIBIT 5

DEADLY WEAPON ALLEGATION

EXHIBIT 5

CAUSE NUMBER: F05-54511

THE STATE OF TEXAS

VS.

RAUL DAVID JACKSON

IN THE CRIMINAL

DISTRICT COURT FOUR OF

DALLAS COUNTY, TEXAS

## NOTICE OF THE STATE'S SPECIAL PLEA OF
## USE OR EXHIBITION OF A DEADLY WEAPON

COMES NOW THE STATE OF TEXAS by and through her Criminal District Attorney

giving the defendant the following notice of the State's intention to submit a special plea in this

cause:

The State intends to seek a deadly weapon finding pursuant to TEX. CODE CRIM.

PROC. ANN. art. 42.12 § 3g(a)(2). The evidence will show that the defendant used or exhibited

a deadly weapon, to-wit: a **FIREARM** during the commission of said offense or during

immediate flight thereform.

The State would show that said special plea does not charge the defendant with an

additional or different offense, nor does it prejudice the substantial rights of the defendant.

Respectfully submitted,

Katherine Sica
SBCN 24041912
Assistant District Attorney
Dallas County, Texas

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December 2005, a true and correct copy
of the foregoing NOTICE OF THE STATE'S SPECIAL PLEA was handdelivro the attorney
of record for the Defendant, Bill Cox.

Respectfully submitted,

Katherine Sica
Assistant District Attorney
Dallas County, Texas